UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALVADOR QUIRINO MORALES,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　　Respondent. | Case No. C13-232-RAJ<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's petition for writ of habeas corpus,(Dkt. 1), respondent's motion to dismiss, (Dkt. 8), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, finds and ORDERS as follows:

　　1.　　The Court adopts the Report and Recommendation.

　　2.　　Petitioner's petition for writ of habeas corpus is **DENIED**, respondent's motion to dismiss is **GRANTED**, and this matter is **DISMISSED** with prejudice.

　　3.　　The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 26th day of June, 2013.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1